IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| PENELOPE L. KNOWLES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:07-0063 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Penelope L. Knowles Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 15), to which Defendant Commissioner of Social Security filed a Response in Opposition (Doc. No. 22). Magistrate Judge Brown issued a Report and Recommendation ("Report") (Doc. No. 23) recommending that Plaintiff's Motion be denied and the decision of the Commissioner affirmed. The Report was filed on March 2, 2009, and no objections have been filed by the Plaintiff. Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this _15_ day of April, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT